IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WEST POINT AUTO & TRUCK CENTER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LYNN KLITZ, KIMBERLY B. KLITZ, and EQUIPMENT SERVICES, INC., <br><br><br> Defendants. | CASE NO. 8:20-cv-194 <br><br><br> ORDER ON PARTIAL DISMISSAL |

THIS MATTER is before the Court on the parties' Stipulation for Partial Dismissal. (Filing No. 55.) The Stipulation is approved. Accordingly,

IT IS ORDERED that the parties' Stipulation is approved as presented. All other provisions of the Complaint and Answer in this case not changed by the Stipulation shall remain unchanged and in full force and effect.

Dated this 20th day of July, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge